# COURTROOM MINUTES:

- [ ] INITIAL APPEARANCE
- [ ] RULE 40 HEARING
- [ ] DETENTION HEARING
- [x] COUNSEL DETERMINATION HEARING
- [ ] PRELIMINARY HEARING
- [ ] BOND HEARING
- [ ] HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 5/15/18
DAVID BRADLEY, Clerk

THE HONORABLE **CHRISTINA BRYAN**, Presiding, Courtroom 701  OPEN: 2:20  ADJOURN: 3:01

Case Manager: Cindy Jantowski      RECESS FROM: ____ TO: ____
ERO: S. GUEVARA
Pretrial Services Officer: F. TROIANI
- [ ] Other District ____
- [ ] Other Division ____

Case No.

INTERPRETER REQUIRED: [ ] No [x] Yes, Name: SPANISH - BOTH

Criminal No. 18-MJ-765   Defendant No. ____   USDJ ____

UNITED STATES OF AMERICA
AUSA: ADAM GOLDMAN

vs
Juan Montoya-Palacios (1)  Amr Ahmed (F)
Isael Juan-Perez (2)

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- [ ] Date of arrest: ____
- [ ] Deft first appearance. Deft advised of rights/charges  [ ] SRT/Probation violator  [ ] Pretrial Release Violator
- [x] 1-2  Deft first appearance with counsel. (1) (2)
  - [ ] Deft ____ appeared [x] with [x] without counsel.
- [ ] Requests appointed counsel.
- [ ] FINANCIAL AFFIDAVIT executed.  [ ] Court orders defendant to pay $____ to CJA Fund
- [ ] Order appointing Federal Public Defender.
- [ ] Private Counsel appointed, ____
- [ ] Deft advises he/she will retain counsel. He/she retained ____
- [ ] Bond [ ] set $____ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $____ Deposit.
- [ ] Bond [ ] revoked [ ] reinstated.
- [ ] Deft advised of conditions of release.
- [ ] Surety signatures required ____, ____
- [ ] No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [x] 1  ORDER OF DETENTION PENDING TRIAL entered.
- [x] 1  Court finds [ ] IDENTITY [x] Probable Cause.
- [ ] BOND EXECUTED and defendant released.
- [x] 2  Deft REMANDED to CUSTODY.  [ ] Deft ORDERED REMOVED to Originating District.
- [x] 1  WAIVER of [ ] Preliminary [ ] Identity [x] Detention Hearing [ ] Detention Hrg in this district [ ] State Custody
- [ ] Arraignment set ____                    [ ] Detention Hearing set ____
- [ ] Preliminary set ____                    [x] Counsel Determination Hearing set 5/16/18 (2) @ 2:00 PM
- [ ] Identity/Removal Hearing set ____