```
USA-74-24B
(Rev. 05/01)
```

**HOUSTON DIVISION**

CRIMINAL DOCKET

**No. 18 CR 306**

United States Courts
Southern District of Texas
FILED

JUN 06 2018

David J. Bradley, Clerk of Court

USAO Number: 2018R12521
Magistrate Number: H-18-mj-765

**CRIMINAL INDICTMENT**    Filed _____    Judge: Gilmore

**UNITED STATES of AMERICA**
VS.

**ATTORNEYS:**

**RYAN K. PATRICK, USA**     (713) 567-9000

ADAM LAURENCE GOLDMAN, AUSA     (713) 567-9000

| Defendant | Attorney | Appt'd | Private |
|---|---|---|---|
| JUAN MONTOYA-PALACIOS | Amr Adnan Ahmed | ✓ | ☐ |
| ISAEL JUAN-PEREZ | Anuj Arun Shah | ✓ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

**CHARGE:**
**(TOTAL)**
**(COUNTS:)**
**( 1 )**

Ct. 1: Concealing, Harboring, Shielding from Detection, Attempting to Conceal, Harbor, & Shield from Detection, & Conspiring to Conceal, Harbor, & Shield from Detection Illegal Aliens for Commercial Advantage or Private Financial Gain [8 USC § 1324(a)(1)(A)(iii), (A)(v)(I), and (B)(i)]

**PENALTY:** Ct. 1: Not more than 10 years imprisonment if the offense was done for the purpose of commercial advantage or private financial gain, otherwise not than not more than 5 years imprisonment), and/or a fine of not more than $250,000, not more than 3 years supervised release, and a $5,000 special assessment for each count of conviction.

☑ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**