UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL ACTION NO. 4:18-CR-306 |
| JUAN MONTOYA-PALACIOS<br>ISAEL JUAN-PEREZ | § § § | |
| Defendants. | § § | |

## ORDER STRIKING DOCUMENT

The United States has filed a Stipulation **(Instrument No. 35).**

1. [ ] Document is not signed. (L.R.11.1)
2. [ ] Document does not comply with L.R.11.3.(A)(1) through (6)
3. [ ] Caption of the document is incomplete. (L.R.10.1)
4. [ ] No certificate of service nor explanation why service is not required. (L.R.5.4)
5. [ ] Motion does not comply with L.R.7.
    a. [ ] No statement of opposition or non-opposition. (L.R.7.2)
    b. [ ] No statement of conference between counsel. (L.R.7.1 (D)(1))
    c. [ ] No separate proposed order attached. (L.R.7.1(C)
6. [ ] Motion to consolidate does not comply with L.R. 7.6(B)
7. [ ] Requests for extensions of deadlines for completion of discovery or for postponement of trial must be signed by the *attorney and party* making the request. [¶ 3 Plan, Civil Justice Reform Act of 1990].
8. [ ] Motion does not comply with this Court's rule governing discovery disputes. (Court procedures Rule 4(D).
9. [ ] Motion does not comply with this Court's rule governing motions. (Court Procedures - **Rule 4.H.**)

10. [ X ] Other: Approval of Court is not required. The Stipulation may be re-filed without the Judge's signature block.

This document is stricken from the record.

Date: July 24, 2018

*Vanessa D. Gilmore*
**Vanessa D. Gilmore**
**United States District Judge**